**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:                                                                    Case No. 16-30515-DHW
                                                                          Chapter 13
STEPHANIE LAMBERT
SSAN: XXX-XX-8533



_____
                    Debtor(s)

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on February 26, 2016.

2. The debtor(s) §341 Meeting of Creditors was held April 14, 2016.

(X) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor's plan fails to make provisions for this claim:

                    Creditor: SANTANDER CONSUMER USA
        Trustee's Claim Number: 14
             Account Number: 2741 2006 NISSAN MAXIMA-NO PROV
                Claim Amount: $12,121.48
        Court Claim Number: 2
             Claim Filed As: SECURED VEHICLE DEBT

(X) Debtor's plan is not feasible. Debtor does not have sufficient income to maintain plan and pay other expenses. Debtor's new house payment will result in net disposable income of $95.15 per month and the plan payment is $87.00 biweekly.

(X) The plan does not provide for the direct pay of the new mortgage.

(X) Debtor is a below median income debtor and disposable income requires a POT of $11,825.00.

(X) Debtor has a 66% pay record

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this May 06, 2016.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: mckinneys@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee

By:/s/ *Sabrina L. McKinney*
Sabrina L. McKinney

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  May 06, 2016.

Copy to: DEBTOR(S)
      RICHARD D SHINBAUM

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney